UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Alexis M. Herman_                CIVIL NO. _98-1527_ (DRD)

v.

Defendant(s) _Universal Security Advisors, Inc et al_

| MOTION | ORDER |
|---|---|
| Docket entry no. _14_ | ☒ GRANTED. |
| Date: _Oct. 14, 1999_ | ☐ DENIED. |
| Title: _Motion requesting authorization to withdraw_ | ☐ MOOT. |
| | ☐ NOTED. |
| | Defendants are granted 30 days to notify new representation and discovery is stayed until said period expires. This order is to be notified to Mr. Luis M. Rivera at the address indicated in ¶7 of the Motion. It is so ordered. |

RECEIVED AND FILED
99 OCT 27 AM 7:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: _10/25/99_

_[signature]_
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE