UNITED STATE DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**          DATE: January 13, 2000

**CIVIL NO. 98-1527 (DRD)**

COURTROOM DEPUTY:   Janet **GONZALEZ**

===================================================================
ALEXIS HERMAN                                   <u>Attorneys:</u>

    Plaintiffs

    v.

UNIVERSAL SECURITY                              Nerylu FIGUEROA

    Defendant
===================================================================

    STATUS/SCHEDULING CONFERENCE set for today was not held. The Court grants defendants thirty days to review the discovery in this case as requested in their motion filed on December 9, 1999.

    Hence, today's conference is re-set for **February 3, 2000 at 5:00 P,M.** The Court urges the parties to explore settlement.

_____<br>COURTROOM DEPUTY

s/c: Counsel of record