**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

DATE: March 10, 2000

ALEXIS M. HERMAN, Secretary of Labor,  
United States Department of Labor

    Plaintiffs  
v.

UNIVERSAL SECURITY ADVISORS,  
INC., et al.

    Defendants

**Civil No. 98-1527 (DRD)**

---

BY ORDER OF THE COURT, the Status Conference originally scheduled in this case for February 3, 2000 and which was not held is hereby re-set for June 1, 2000 at 1:30 P.M. before Honorable Daniel R. Domínguez.

_____  
Courtroom Deputy

Parties notified:

AUSA-Sevillano  
Evan Barouh, Esq.  
Manuel Porro Vizcarra, Esq.  
George E. Green, Esq.