UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEXIS M. HERMAN, ET AL

Plaintiff(s)

v.                                    CIVIL NUMBER: 98-1527 (JAG)

UNIVERSAL SECURITY

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/02/00<br>**Title:** Motion Requesting Extension of Time to Answer Third Set of Interrogatories<br>**Docket(s):** 23<br>[ ] Plffs   [x] Defts   [ ] Other | The Court orders defendants to answer the third set of interrogatories by December 15, 2000. |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge