UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEXIS M. HERMAN, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-1527 (JAG)

UNIVERSAL SECURITY

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/29/00<br>**Title:** Plaintiff Secretary's Response to Defendants' Motion for an Extension of Time to Respond to the Plaintiff's Third Set of Interrogatories<br>**Docket(s):** 24<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** Status conference is scheduled for Friday, February 16, 2001 at 3:30 p.m |

Date: January 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



27