UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 FEB -9 AM 9: 23
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

ALEXIS M. HERMAN, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-1527 (JAG)

UNIVERSAL SECURITY

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/02/01 **Title:** Unopposed Motion to Reschedule the Status Conference Currently Set for February 16, 2001 **Docket(s):** 30 [x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** The status conference is rescheduled for Tuesday, May 15, 2001 at 4:00 p.m. Further, it is ordered that defendants' counsel in bankruptcy, Carmen Conde of Conde & Associates be notified of the status conference. |

Date: February 7, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge