UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEXIS M. HERMAN, ET AL

Plaintiff(s)

v.                                   CIVIL NUMBER: 98-1527 (JAG)

UNIVERSAL SECURITY

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/28/01<br>**Title:** Motion Requesting Authorization to Withdraw from Legal Representation<br>**Docket(s):** 33<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | **GRANTED.** The Court grants attorney Nerylú Figueroa Estasie's request to withdraw as legal counsel for the defendants. As well, the Court grants defendants a period of forty five (45) days to retain new legal counsel and inform the Court of such. |

Date: March 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge