UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ALEXIS M. HERMAN, ET AL

    **Plaintiff(s)**

    v.                           **CIVIL NUMBER:** 98-1527 (JAG)

UNIVERSAL SECURITY

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/10/01<br>**Title:** Motion to Appear at the May 15, 2001 Status Conference by Telephone<br>**Docket(s):**<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | Plaintiff's counsel will be allowed to appear by phone at the status conference scheduled for **May 15, 2001** at 4:00 p.m. |

Date: May 11, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

