## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ALEXIS M. HERMAN, ET AL

**Plaintiff(s)**

v.                                    **CIVIL NO.**   98-1527 (JAG)

UNIVERSAL SECURITY

**Defendant(s)**

### SETTLEMENT CONFERENCE REPORT

On **June 28, 2001**, the Court met with the parties for a settlement conference.

The parties presented their respective positions regarding settlement. Counsel for defendants and bankruptcy counsel agreed to provide plaintiff with certain information (bankruptcy claims schedules, a monthly operating report, names and addresses of defendant's employees who have worked at the company from January 1, 2001 to the present) so that the plaintiff may properly assess settlement prospects. The parties will report back to the Court by July 31, 2001. Should the parties fail to reach a settlement by that date, the parties will meet for a further settlement conference on August 10, 2001 at 4:30 p.m.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge