UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: AUGUST 10, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIV. 98-1527(JAG)**

================================================================

HERNAN ALEXIS                        Attorneys: FIDEL SEVILLANO
                                     EVAN BAROUTH (VIA TELEPHONE)


                VS

UNIVERSAL SECURITY                   LUISA VALLE
                                     JAMES MCCARTNEY

────────────────────────────────────────────────────────────────

     Case called for further status conference.  Attorney for
plaintiff informs that defendant is in Bankruptcy proceedings and
is in a difficult financial situation.  They understand that
defendant is currently in non compliance.  The situation is very
difficult and they have to figure out how they are going to proceed
if they are going to ask the Bankruptcy Court to convert the case
into a liquidation case and find out if they the resources to try
the case.  They need additional time to figure out what their
strategy is going to be.

     Court sets a further status conference for Monday, September
24, 2001 at 3:30 PM.


                              _____
                              Lily Alicea-Courtroom Deputy