UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: SEPTEMBER 24 , 2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**   CASE NO. CIV. 98-1527(JAG)
==================================================================

HERNAN ALEXIS                    Attorneys: FIDEL SEVILLANO
                                            EVAN BAROUTH (VIA TELEPHONE)

        VS

UNIVERSAL SECURITY               LUISA VALLE
                                 JAMES MCCARTNEY (VIA TELEPHONE)

---

Case called for further status conference. Attorney for plaintiff informs that they have been given copy of the bankruptcy proceedings and a couple of the operating files and it corroborates that the company is in deep distress. They have found out that an individual, who is not in bankruptcy proceedings, singed as guarantor. They would like to have copies of the loan documents he signed and evaluate his financial status.

Court grants defendant until October 5, 2001 to supply the copies of the loan documents and until October 15, 2001 to supply whatever else is requested.

Court sets a further status conference for Friday, November 30, 2001 at 3:00 PM.

Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy

