UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                    DATE: NOVEMBER 30, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            **CASE NO.CIV, 98-1527 (JAG)**

========================================================================

| | |
|---|---|
| HERMAN ALEXIS | Attorneys: FIDEL SEVILLAN |
| | EVAN BAROUTH (TELEPHONE) |
| VS | |
| UNIVERSAL SECURITY | JAMES MCCARTNEY |

Case called for further status conference. Attorney for defendant informs the Court that he received from plaintiff the list of the documents that was being requested from defendant, Mr. Rivera, . He indicated to Mr. Rivera that eventhough he is not required to provide them, it would accelerate the proceedings if he supplied them. No response was received.

The Court grants Mr. McCartney until December 10 to notify the Court in writing whether the information requested will be provided.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy


