# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ALEXIS M. HERMAN, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1527 (JAG)

UNIVERSAL SECURITY

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/10/01<br>**Title:** Defendants' Informative Motion Regarding Production of Financial Information and Request for an Extension of Time<br>**Docket(s):** 44<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** |

Date: December 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


