UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEXIS M. HERMAN, ET AL

Plaintiff(s)

v.                                CIVIL NUMBER: 98-1527 (JAG)

UNIVERSAL SECURITY

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/11/02<br>**Title:** Secretary's Informative Motion<br>**Docket(s):** 46<br>[ x ] **Plffs**  [ ] **Defts**  [ ] **Other** | NOTED. Attorney McCartney shall show cause why he should not be sanctioned for failure to inform the Court and plaintiff's counsel as to Mr. Rivera's position concerning production of personal financial information. |

Date:  January 25, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


