UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF PROCEEDINGS**:              DATE: JANUARY 29, 2002
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**          CASE NO.CIV, 98-1527 (JAG)
==================================================================

HERMAN ALEXIS                       Attorneys: FIDEL SEVILLANO
                                    EVAN BAROUTH (VIA TELEPHONE)

         VS

UNIVERSAL SECURITY                  JAMES MCCARTNEY

---

Case called for further status conference. Attorney for plaintiff indicates that some documents were received: a sentence in the amount of $51,000 and a copy of a complaint seeking $1,000,000. From the documents received they are not in a position to know whether he is in a financial position to pay. The Income Tax returns and a financial statement would be needed. A request for production of documents has not been complied with. He is now making an oral motion to compel.

Court orders that plaintiff prepare an inventory of the documents they have in the warehouse and a report to the Court is to be submitted by FEBRUARY 19, 2002.

A further status conference is set for March 7, 2002 at 4:00 PM.

Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy