```
       UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
MINUTES OF PROCEEDINGS:              DATE: MARCH 7, 2002
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily ALICEA          CASE NO.CIV, 98-1527 (JAG)
================================================================
HERMAN ALEXIS                           Attorneys: FIDEL SEVILLANO
                                        EVAN BAROUTH (VIA TELEPHONE)
              VS
UNIVERSAL SECURITY                      JAMES MCCARTNEY
```

Case called for further status conference. Attorney for defendant informs that he supplied to attorney plaintiff the financial information they requested. They were not able to do the inventory of the warehouse.

Attorney for plaintiff indicates to the Court that the information supplied does not give them clear picture of the actual financial situation.

Attorney for defendant informs that his client's bank account has an embargo and he has a judgment against him for close to $60,000 and a complaint for 1 million dollars.

Court grants defendant until April 1, 2002 to produce the additional information requested and he has to file an informative motion to the Court indicating what he has delivered to plaintiff.

The inventory of the warehouse is to be made by April 22, 2002 and an informative motion is to be filed indicating what was obtained.

A further status conference is set for APRIL 26, 2002 AT 3:30 PM.

Parties to be notified.                 *Lily Alicea*
                                        LILY ALICEA-COURTROOM DEPUTY

