UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ALEXIS M. HERMAN, ET AL

**Plaintiff(s)**

v.   CIVIL NO.   98-1527 (JAG)

UNIVERSAL SECURITY

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/01/02<br>**Title:** Defendants' Motion Regarding the Court's Minutes of the March 7, 2002 Status Conference<br>**Docket(s):** 50<br><br>[ X ] **Plffs**   [ ] **Defts**   [ ] Other | Defendant will provide the up-dated financial information to plaintiff not later than April 8, 2002. |

Date: April 5, 2002



JAY A. GARCIA-GREGORY
U.S. District Judge

