UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                                    DATE: APRIL 19, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIV. 98-1527 (JAG)**

==================================================================

ALEXIS HERMAN                                ATTORNEYS:

      VS

UNIVERSAL SECURITY

---

By Order of the Court the further status conference in the above-mentioned case set for Friday, April 26, 2002 is vacated and set aside.

Parties to be notified.

 

_____
Lily Alicea-Courtroom Deputy


