UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEXIS M. HERMAN, ET AL

    **Plaintiff(s)**

    v.                            CIVIL NO.   98-1527 (JAG)

UNIVERSAL SECURITY

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/23/02<br>**Title:** By dft Rivera, et al for George Green and James W. McCartney to Withdraw as Attorney<br>**Docket(s):** 55<br>[ X ] **Plffs**   [ ] **Defts**   [ ] **Other** | The motion is **DENIED** until new counsel appears on behalf of defendants. The Court expects that the parties meet and file a Pretrial Order on or before May 28, 2002. The Court expects the parties to strictly comply with the Trial Scheduling Order, failure to do so will result in the imposition of sanctions. |

Date:  May 9, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


