UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF PROCEEDINGS**:                DATE: MAY 29, 2002
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIV. 98-1527 (JAG)**
=================================================================
HEMAN ALEXIS                          Attorneys: FIDEL SEVILLANO
                                                 EVAN BAROU
                                                 SALVADOR SERMAYO
         VS
UNIVERSAL SERCURITY                   JAMES MCCARTNEY
                                      CARMEN CONDE
                                      LUISA VALLE
=================================================================

Case called for pretrial conference. Attorney for defendant presents his excuses to the Court for not preparing his part of the pretrial conference.

The Court rules as to the uncontested facts as to the request to admit by plaintiff the same are admitted. Attorney for defendant requests reconsideration and requests that the be allowed to argue his position. Plaintiff strongly objects. Denied. He should file the motion in writing.

Settlement offered is being discussed. There are minor differences which will be discussed among the parties. Settlement discussion will continue.

Defendant is granted until Friday, May 31, 2002 to submit his part of the pretrial order. The parties are to report to the Court, by telephone, on June 10, 2002. A further pretrial/settlement conference is set for June 14, 2002 at 4:30 PM

Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy