UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE GEORGE A. O'TOOLE, JR.

CIVIL CASE NO.: 98-1527-JAG                    DATE: June 17, 2002

COURTROOM DEPUTY CLERK: Paul Lyness

---

**ALEXIS HERMAN**                      Attorneys:   Evan R. Barouh
    Plaintiff

V.

**UNIVERSAL SECURITY ADVISORS,**                    James McCartney
**ET AL**
    Defendants

---

MINUTES

The trial date of Friday, June 21, 2002 at 9:00 a.m. before Judge O'Toole is vacated. The trial will begin before Judge Garcia-Gregory on June 26, 2002 at 9:30 a.m.

*Paul Lyness*
PAUL LYNESS
Deputy Clerk

Notification:   Barouh (notified by phone: voicemail)
                McCartney (notified by phone: voicemail)

s/cs:to ( 7 )
attys/pts
in ICMS

JUN 1 8 2002