IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELAINE CHAO, Secretary of Labor,
United States Department of Labor

**Plaintiff(s)**

v.

CIVIL NO. 98-1527 (JAG)

UNIVERSAL SECURITY ADVISORS,
INC., et al

**Defendant(s)**

---

### ORDER APPOINTING RECEIVER IN ACCORDANCE
### WITH PARAGRAPH VI OF CONSENT JUDGMENT

Plaintiff Secretary of Labor, United States Department of Labor has moved for the appointment of a Receiver pursuant to Paragraph VI of the Consent Judgment signed on June 26, 2002. The reason for this request is that defendant Luis "Serpico" Rivera has failed to pay to plaintiff the $400,000 in back wages as required by Paragraphs IIB and C of the Consent Judgment "so ordered" by this Court on June 26, 2002.

Plaintiff submits the names and curriculum vitae of two persons suggested as potential Receivers to be appointed by the Court. Defendant has not submitted any names.

The Court has carefully reviewed the submissions made by plaintiff and hereby appoints Carlos E. Rodríguez-Quesada, Esq. To act as Receiver in this case and to discharge the functions, powers

Civil No. 98-1527)                                                                 2

and duties prescribed in Paragraph VI of the Consent Judgment signed and entered June 26, 2002. The appointed Receiver shall be compensated in accordance with Clause C, Paragraph VI of the Consent Judgment. Defendants shall fully cooperate with the Receiver and the Receiver shall report to the Court and the parties his findings and recommendations pursuant to Clause E, Paragraph VI of the Consent Judgment.

Copy of this Order shall be notified to the appointed Receiver at the address appearing in his curriculum vitae as well as to counsel for the parties in the case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of September 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge