UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEXIS M. HERMAN ET AL.
    **Plaintiff(s)**

v.

UNIVERSAL SECURITY ADVISORS INC.
ET ALS.
    **Defendant(s)**

CIVIL NO. 98-1527 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9/18/2003<br>**Title:** Motion for leave to withdraw as counsel<br>**Docket(s):** 72 | GRANTED. |
| ☐ Plaintiffs ☐ Third Party<br>X Defendant(s) ☐ Other | |

Date: September 22, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge