IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELAINE L. CHAO, Secretary of Labor,

    **Plaintiff(s)**

    v.

UNIVERSAL SECURITY ADVISORS, INC., LUIS M. "SERPICO" RIVERA

    **Defendant(s)**

CIVIL NO. 98-1527 (JAG)

---

### ORDER TO SHOW CAUSE

Defendants shall show cause by **Friday, October 17, 2003**, why plaintiff's petition for adjudication of civil contempt (Docket No. 70) shall not be granted and severe sanctions imposed for failure to comply with the consent judgment.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of September 2003.

                                            *[signature]*
                                          JAY A. GARCIA-GREGORY
                                          United States District Judge

*[handwritten notation:] s/c: Universal Security Attn: Luis Rivera*