IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELAINE L. CHAO, Secretary of
Labor,

    **Plaintiff(s)**

    v.                                 CIVIL NO. 98-1527 (JAG)

UNIVERSAL SECURITY ADVISORS,
INC., et al.,

    **Defendant(s)**

## ORDER

    The Court hereby extends until **November 10, 2003** the deadline for defendants to answer the Court's order to show cause (Docket No. 75), in order to allow them time to seek new counsel. Defendants are advised that the allegations brought by plaintiff are of a serious nature and require prompt attention.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 9th day of October 2003.

                                        JAY A. GARCIA-GREGORY
                                        United States District Judge

n
② R. Martinez (by fax 250-1315)

