UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELAINE L. CHAO, Secretary of Labor,

    **Plaintiff(s)**

v.                               CIVIL NO.   98-1527 (JAG)

UNIVERSAL SECURITY ADVISORS, et al.,

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** November 6, 2003<br>**Title:** Notice of appearance and motion for enlargement of time for defendants to show cause<br>**Docket(s):** 78<br><br>☐ Plaintiffs   ☐ Third Party<br>X Defendant(s)   ☐ Other | Attorney appearance is **NOTED**.<br><br>Defendants' motion for enlargement of time is **GRANTED**. Defendants shall show cause by **Friday December 5, 2003**. No further extensions shall be granted |

Date: November 12, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge


