# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ELAINE L. CHAO,

    **Plaintiff(s)**

      **v.**                  **CIVIL NO. 98-1527 (JAG)**

UNIVERSAL SECURITY ADVISORS,
INC., <u>et al.</u>,

    **Defendant(s)**

---

## ORDER

The Clerk shall randomly assign this case to a Magistrate-Judge for a hearing on plaintiffs request for adjudication of civil contempt.   The Magistrate-Judge shall issue a Report and Recommendation following the hearing.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of January 2004.

JAY A. GARCIA-GREGORY
United States District Judge