IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUSTO ARENAS | DATE: January 15, 2004 |
| | CIVIL 98-1527 (JAG) |
| ELAINE L. CHAO | |
| v. | |
| UNIVERSAL SECURITY ADVISORS, INC., et al. | |

A hearing on plaintiff's request for adjudication of civil contempt is set for February 5, 2004 at 10:00 a.m. Minutes to be notified.

fax: Fidel A. Sevillano (ausa)
Debbie Bermudez 787-622-0790

cJR
1/16/04