IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELAINE L. CHAO, SECRETARY OF
LABOR, UNITED STATES
DEPARTMENT OF LABOR,

Plaintiffs

v.

UNIVERSAL SECURITY ADVISORS,
INC., et al.,

Defendants

CIVIL 98-1527 (JAG)

# ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Joint Motion to Reschedule the Contempt Hearing, 01-26-04. | | Granted. The hearing on plaintiff's request for adjudication of civil contempt set for February 5, is reset for March 19, 2004 at 10:00 a.m. |
| Plaintiff's Motion for an Extension of Time to Respond to Defendants' Motion for Disclosure and Production of Names of Witnesses, 01-27-04. | | Granted. |

In San Juan, Puerto Rico, this 27th day of January, 2004.

JUSTO ARENAS
United States Magistrate Judge

Ansa. Rebecca Vargas Vera
Manuel Porro-Vizcarra
Fax 774-8297