IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

Plaintiffs

v.

UNIVERSAL SECURITY ADVISORS, INC., et al.,

Defendants

CIVIL 98-1527 (JAG)

O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
| --- | --- | --- |
| Defendants' Motion for Disclosure and Production of Names of Witnesses, 01-22-04. | 85 | Denied. |
| Plaintiff's Response to Defendants' Motion for Disclosure and Production of Names of Witnesses, 02-20-04. | 89 | Noted. |

In San Juan, Puerto Rico, this 25th day of February, 2004.

S/ JUSTO ARENAS
JUSTO ARENAS
United States Magistrate Judge