IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINUTES OF PROCEEDINGS | DATE:  March 10, 2004 |

BEFORE JUSTO ARENAS, U. S. MAGISTRATE JUDGE

| | |
|---|---|
| COURTROOM DEPUTY:  Tere Mollfulleda | CIVIL NO: 98-1527 (JAG) |

ATTORNEYS:

Alexis M.. Herman, Secretary of Labor
United States Department of Labor

Plaintiff

v.

Universal Security Advisors, Inc., et al

Defendant(s)

BY ORDER OF JUSTO ARENAS, U. S. MAGISTRATE JUDGE, the contempt hearing set for March 19, 2004 at 10:00 a. m. is hereby vacated.

S/ TERE MOLLFULLEDA
TERE MOLLFULLEDA, DEPUTY CLERK